This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**STATE OF NEW MEXICO,**

Plaintiff-Appellant,

v.                                                                    **NO.  33,134**

**FRANCO LEE,**

Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF SAN JUAN COUNTY**
**Karen L. Townsend, District Judge**

Gary K. King, Attorney General
Albuquerque, NM

for Appellant

Fortner & Curnutt, LLC
Mark A. Curnutt
Farmington, NM

for Appellee

**MEMORANDUM OPINION**

**KENNEDY, Chief Judge.**

{1}    Summary reversal was proposed for the reasons stated in the calendar notice. No memorandum opposing summary reversal has been filed, and the time for doing so has expired.

{2}    **REVERSED.**

{3}    **IT IS SO ORDERED.**


_____
**RODERICK T. KENNEDY, Chief Judge**


**WE CONCUR:**


_____
**LINDA M. VANZI, Judge**


_____
**J. MILES HANISEE, Judge**